# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| CORA TALLEY, | ) |
| | ) Civil Case No. 1:14-0029 |
| v. | ) Chief Judge Haynes |
| | ) |
| PFIZER, INC. | ) |

## ORDER

Pursuant to the Conditional Transfer Order (CTO-5) of the Judicial Panel on Multidistrict Litigation, MDL No. 2502, this case is hereby transferred to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the District of South Carolina.

It is so **ORDERED**.

**ENTERED** this the _14th_ day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court